---

No. 24-1626 and all consolidated cases: Nos. 24-1522, 24-1624, 24-1627, 24-1628, 24-1631, 24-1633, 24-1634, and 24-1685

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

---

TEXAS ALLIANCE OF ENERGY PRODUCERS and DOMESTIC ENERGY PRODUCERS ALLIANCE,

Petitioners,

v.

SECURITIES AND EXCHANGE COMMISSION,

Respondent,

DISTRICT OF COLUMBIA, ET AL.

Intervenors.

---

**RESPONSE OF THE TEXAS ALLIANCE OF ENERGY PRODUCERS AND DOMESTIC ENERGY PRODUCERS ALLIANCE TO THE SECURITIES AND EXCHANGE COMMISSIONS' MOTION FOR BRIEFING SCHEDULE**

---

RACHEL K. PAULOSE
  Pacific Legal Foundation
  3100 Clarendon Blvd., Ste. 1000
  Arlington, VA 22201
  Telephone: (202) 465-8734
  Facsimile: (916) 419-7747
  RPaulose@pacificlegal.org

LUKE A. WAKE
  Pacific Legal Foundation
  555 Capitol Mall, Ste. 1290
  Sacramento, CA 95814
  Telephone: (916) 419-7111
  Facsimile: (916) 419-7747
  LWake@pacificlegal.org

*Counsel for Petitioners*

As noted in the Securities and Exchange Commission's Motion for a Briefing Schedule, dated May 7, 2024, the Petitioners in case No. 24-1626, the Texas Alliance of Energy Producers and the Domestic Energy Producers Alliance (collectively "the Alliance"), do not agree with the Commission's proposal that the Petitioners should file their opening briefs on June 7, 2024. The Alliance has proposed to push-back that contemplated briefing schedule by one week—such that their opening brief would be due on **June 14, 2024**.

The Alliance files this response to explain their reasons for demurring to the proposed June 7, 2024, deadline for opening briefs, and for proposing an alternative briefing schedule. Specifically, the Alliance takes issue with the Commission's proposed schedule because it will cause unnecessary burden and will undermine the goal of ensuring thorough briefing on the complicated statutory and constitutional issues presented in this case.

Given that the Commission has voluntarily stayed enforcement of the order at issue,[1] the Alliance sees no reason for an accelerated briefing

---

[1] The Enhancement and Standardization of Climate-Related Disclosures for Investors, 89 Fed. Reg. 21,668 (Mar. 28, 2024) (to be codified at 17

1

schedule. As such, the Alliance originally proposed a briefing schedule that would provide for opening briefs to be filed on July 31, 2024, and which would conclude briefing by October 28, 2024.

When counsel for Petitioners in case No. 24-1628 (Chamber of Commerce, et al.) pressed for a more accelerated briefing schedule, the Alliance proposed June 14, 2024, as a reasonable alternative date for opening briefs. Yet, the Petitioners in case No. 24-1628 have opposed this alternative schedule as well.

Unfortunately, the Alliance cannot agree to the Commission's proposed accelerated briefing schedule. The lead attorney for the Alliance, the undersigned counsel, only returned from paternity leave this week—after a two-week absence, during which time he could not devote energy to merits briefing. Between now and June 7, 2024, the undersigned counsel must prepare for, and present, oral arguments in two cases—one in Fresno, California (May 16, 2024), and another in Philadelphia, Pennsylvania (May 5, 2024). And he is simultaneously pursuing emergency relief for a client in another matter while preparing

---

C.F.R. §§ 210, 229, 230, 232, 239, 249) (codifying Commission's Mar. 6, 2024 "Climate Rule").

the opening brief in this case. Given these competing litigation obligations over the next month, counsel for the Alliance maintains that an additional week for preparing their opening brief would be invaluable.

Accordingly, the Alliance respectfully urges this Court to endorse the alternative briefing schedule, as set forth in the Commission's motion, and restated here:

- Petitioners' opening briefs – Friday, June 14

- Briefs for Intervenors Supporting Petitioners and Amici Supporting Petitioners – Monday June 24

- Respondent's Consolidated Response Brief – Monday, August 5

- Briefs for Intervenors Supporting Respondents and Amici Supporting Respondents – Thursday, August 15

- Petitioners' Reply Briefs – Tuesday, September 3

DATED: May 10, 2024.

Respectfully submitted,

LUKE A. WAKE
RACHEL K. PAULOSE
Pacific Legal Foundation

By <u>/s/ Luke A. Wake</u>
   LUKE A WAKE
   Pacific Legal Foundation
   555 Capitol Mall, Ste. 1290
   Sacramento, CA 95814
   Telephone: (916) 419-7111
   LWake@pacificlegal.org

   RACHEL K. PAULOSE
   Pacific Legal Foundation
   3100 Clarendon Blvd., Ste. 1000
   Arlington, VA 22201
   Telephone: (202) 465-8734
   RPaulose@pacificlegal.org

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 /s/ Luke A. Wake\
LUKE A. WAKE\
*Counsel for Petitioners*

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   **X**   this document contains 474 words, or

   this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   **X**   this document has been prepared in a proportionally spaced typeface using **Microsoft Word for Microsoft 365 in 14 pt. Century Schoolbook**, or

   this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

3. This document has been scanned for viruses and is virus free.

   DATED: May 10, 2024.

                              By /s/ Luke A. Wake_____
                                  LUKE A. WAKE
                                  *Counsel for Petitioners*

6