# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __National Legal & Policy Center, et al__ vs. __SEC__

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-1685__ **for the following party(s): (please specify)**

> Institutional Investors, except for amicus curiae California State Teachers' Retirement System (CalSTRS), which is represented solely by its general counsel, Brian J. Bartow.

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ✔ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Geoffrey Cajigas__   s/: __Geoffrey Cajigas__

Firm Name: __Friedman Kaplan Seiler Adelman & Robbins LLP__

Business Address: __7 Times Square__

City/State/Zip: __New York, NY 10036-6516__

Telephone Number (Area Code): __212-833-1187__

Email Address: __gcajigas@fklaw.com__

## CERTIFICATE OF SERVICE

✔ I hereby certify that on __8/21/24__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: