# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __National Legal & Policy Center, et al__ vs. __SEC__

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-1685__ for the following party(s): (please specify)

```
California State Teachers' Retirement System (CalSTRS)
```

☐ Appellant(s)   ☐ Petitioner(s)   ☐ Appellee(s)   ☐ Respondent(s)   ☒ Amicus Curiae   ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: __Brian J. Bartow__    s/: __Brian J. Bartow__

Firm Name: __General Counsel, California State Teachers' Retirement System (CalSTRS)__

Business Address: __100 Waterfront Place__

City/State/Zip: __West Sacramento, CA 95605__

Telephone Number (Area Code): __(916) 414-1700__

Email Address: __BBartow@CalSTRS.com__

---

### CERTIFICATE OF SERVICE

☒ I hereby certify that on __8/22/2024__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: