Nos. 24-1685, 24-2173

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF IOWA, *et al.*,
Petitioners,

v.

SECURITIES AND EXCHANGE COMMISSION,
Respondent.

ON PETITION FOR REVIEW OF AN ORDER AND RULE OF THE
SECURITIES AND EXCHANGE COMMISSION

**MOTION FOR LEAVE TO INTERVENE AS RESPONDENTS**

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

GLENN KAPLAN
Assistant Attorney General & Chief
ANDREW LABADINI
DANIELLE KLEE
ANNIE KILLELEA
Assistant Attorneys General
Insurance and Financial Services Division

JULIA JONAS-DAY
MICHELE HUNTON
Assistant Attorneys General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, Boston, MA 02108
(617) 963-2453
glenn.kaplan@mass.gov
julia.jonas-day@mass.gov

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

BRYAN J. LEITCH
Assistant Attorney General
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 805-7426
ashwin.phatak@dc.gov

*Additional counsel listed in signature block*

Pursuant to Federal Rule of Appellate Procedure 15(d), the Intervenor States[1] respectfully move for leave to intervene as respondents in two of the consolidated cases in this matter: No. 24-1685 (filed by National Legal & Policy Center and Oil & Gas Workers Association) and No. 24-2173 (filed by National Center for Public Policy Research). The first of those involves a petition for review that was docketed in this Court only two days before the Intervenor States initially moved to intervene on April 3, 2024, and the second involves a petition for review that was not docketed until June 10, 2024, six weeks after this Court granted the States' motion to intervene as Respondents in all of the consolidated cases. *See* Order, Doc. 5387919 (8th Cir. Apr. 29, 2024). Both petitions involve the same legal challenges to the same Securities and Exchange Commission ("SEC") regulations brought by the petitioners in the other consolidated cases in which the States are Intervenor-Respondents. *Compare* Brief at 2, 20-60, Doc. 5404016, No. 24-1685, *with* Joint Brief at 5-6, 19-66, Doc. 5404028, Nos. 24-1628 & 24-2173, *and* Consolidated Brief at 2-3, 18-53, Doc. 5404004, Nos. 24-1522, 24-1627, 24-1631, 24-1634.

Given SEC's purported "withdraw[al of] its defense of the Rules," SEC Letter, Doc. 5500618, No. 24-1522 (Mar. 27, 2025), the Intervenor States wish to

---

[1] Massachusetts, the District of Columbia, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maryland, Michigan, Minnesota, Nevada, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin.

remove any doubt about their role as Intervenor-Respondents defending the challenged regulations. For the same reasons provided in the States' April 2024 intervention motion, the Court should grant this motion and amend its April 2024 intervention order to clarify that the Intervenor States are Respondents in all of these consolidated cases, including Nos. 24-1685 and 24-2173. The Intervenor States contacted counsel for the petitioners in Nos. 24-1685 and 24-2173 to obtain their consent to this motion, but received no response. Counsel for SEC responded that "[t]he position of the Commission in the pending proceedings is stated in the March 27, 2025 letter to the Clerk of the Court."

Respectfully submitted,

| | |
|---|---|
| ANDREA JOY CAMPBELL<br>Attorney General for Massachusetts | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia |
| /s/ Glenn Kaplan<br>GLENN KAPLAN<br>Assistant Attorney General & Chief<br>ANDREW LABADINI<br>DANIELLE KLEE<br>ANNIE KILLELEA<br>Assistant Attorneys General<br>Insurance and Financial Services Division | CAROLINE S. VAN ZILE<br>Solicitor General<br><br>/s/ Ashwin P. Phatak<br>ASHWIN P. PHATAK<br>Principal Deputy Solicitor General<br><br>BRYAN J. LEITCH<br>Assistant Attorney General |
| JULIA JONAS-DAY<br>MICHELE HUNTON<br>Assistant Attorneys General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963-2453<br>glenn.kaplan@mass.gov<br>julia.jonas-day@mass.gov | Office of the Solicitor General<br>Office of the Attorney General<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 805-7426<br>ashwin.phatak@dc.gov |

April 2025

| FOR THE STATE OF ARIZONA | FOR THE STATE OF COLORADO |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for Arizona<br><br>/s/ Kristin K. Mayes<br>Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-1592<br>(602) 542-7922<br>AGinfo@azag.gov | PHILIP J. WEISER<br>Attorney General for Colorado<br><br>SHANNON WELLS STEVENSON<br>Solicitor General<br><br>ERNEST LEE REICHERT III<br>Deputy Attorney General<br>Revenue and Regulatory Section<br><br>SHALYN KETTERING<br>Counsel to the Attorney General<br><br>/s/ Shalyn Kettering<br>Shalyn Kettering<br>Counsel to the Attorney General<br><br>Colorado Department of Law<br>Office of the Attorney General<br>1300 Broadway<br>Denver, CO 80203<br>(720) 508-6000 |
| FOR THE STATE OF CONNECTICUT | FOR THE STATE OF DELAWARE |
| WILLIAM TONG<br>Attorney General for Connecticut<br><br>/s/ Kaelah M. Smith<br>KAELAH M. SMITH<br>Assistant Attorney General<br><br>Connecticut Attorney General's Office<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5250 | KATHLEEN JENNINGS<br>Attorney General for Delaware<br><br>IAN R. LISTON<br>Director of Impact Litigation<br><br>JILLIAN A. LAZAR<br>Director of Investor Protection<br><br>RALPH K. DURSTEIN III<br>Deputy Attorney General<br><br>/s/ Vanessa L. Kassab |

4

kaelah.smith@ct.gov

VANESSA L. KASSAB
Deputy Attorney General

Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

FOR THE STATE OF HAWAII

ANNE E. LOPEZ
Attorney General of the State for Hawaiʻi

KALIKOʻONĀLANI D. FERNANDES
Solicitor General

/s/ Ewan C. Rayner
EWAN C. RAYNER
Deputy Solicitor General

Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
ewan.rayner@hawaii.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General for Illinois

MATTHEW J. DUNN
Chief, Environmental Enforcement/ Asbestos Litigation Division

/s/ Jason E. James
JASON E. JAMES
Assistant Attorney General

Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
jason.james@ilag.gov

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
Attorney General for Maryland

/s/ Steven J. Goldstein
STEVEN J. GOLDSTEIN
Special Assistant Attorney General

Office of the Attorney General of Maryland

FOR THE STATE OF MICHIGAN

DANA NESSEL
Attorney General for Michigan

/s/ Michael E. Moody
MICHAEL E. MOODY
Assistant Attorney General

Special Litigation Division
525 W. Ottawa Street

5

200 Saint Paul Place  
Baltimore, MD 21202  
(410) 576-6414  
sgoldstein@oag.state.md.us

P.O. Box 30755  
Lansing, MI 48909  
(517) 335-7627  
moodym2@michigan.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON  
Attorney General for Minnesota

/s/ Peter N. Surdo  
PETER N. SURDO  
Special Assistant Attorney General

Minnesota Attorney General's Office  
445 Minnesota Street, Suite 1400  
St. Paul, MN 55101  
(651) 757-1061  
Peter.surdo@ag.state.mn.us

FOR THE STATE OF NEVADA

AARON D. FORD  
Attorney General for Nevada

/s/ Heidi Parry Stern  
HEIDI PARRY STERN  
Solicitor General

Office of the Nevada Attorney General  
1 State of Nevada Way, Ste. 100  
Las Vegas, NV 89101  
HStern@ag.nv.gov

FOR THE STATE OF NEW MEXICO

RAÚL TORREZ  
Attorney General for New Mexico

WILLIAM GRANTHAM  
Assistant Attorney General  
Director, Environment Protection Division

/s/ Aletheia V.P. Allen  
ALETHIA V.P. ALLEN  
Solicitor General

New Mexico Department of Justice  
408 Galisteo Street  
Santa Fe, New Mexico 87501  
(505) 527-2776  
Aallen.@nmdoj.gov

FOR THE STATE OF NEW YORK

LETITIA JAMES  
Attorney General for New York

BARBARA D. UNDERWOOD  
Solicitor General

ELIZABETH A. BRODY  
Assistant Solicitor General

STEPHANIE L. TORRE  
Assistant Attorney General  
Executive Division

/s/ Jonathan Bashi  
JONATHAN BASHI  
Assistant Attorney General

Investor Protection Bureau

6

28 Liberty Street
New York, NY 10005
(212) 416-8564
Jonathan.Bashi@ag.ny.gov

| FOR THE STATE OF OREGON | FOR THE STATE OF RHODE ISLAND |
|---|---|
| DAN RAYFIELD<br>Attorney General for Oregon | PETER F. NERONHA<br>Attorney General for Rhode Island |
| /s/ Paul Garrahan<br>PAUL GARRAHAN<br>Attorney-in-Charge<br>Natural Resources Section | SARAH W. RICE<br>Deputy Chief, Public Protection Bureau<br><br>/s/ Alison Carney<br>ALISON CARNEY<br>Assistant Attorney General |
| Oregon Department of Justice<br>1162 Court Street NE<br>Salem, Oregon 97301-4096<br>(503) 947-4540<br>Paul.Garrahan@doj.state.or.us | Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 |
| FOR THE STATE OF VERMONT | FOR THE STATE OF WASHINGTON |
| CHARITY R. CLARK<br>Attorney General for Vermont | NICHOLAS W. BROWN<br>Attorney General for Washington |
| /s/ Hannah Yindra<br>HANNAH YINDRA<br>Assistant Attorney General | SARAH REYNEVELD<br>Section Chief<br>Environmental Protection Division<br><br>/s/ Yuriy Korol<br>YURIY KOROL<br>Assistant Attorney General<br>Environmental Protection Division |
| Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3186<br>Hannah.Yindra@vermont.gov | Washington State Attorney General's Office<br>800 5th Ave Suite 2000, TB-14<br>Seattle, WA 98104-3188 |

FOR THE STATE OF WISCONSIN

JOSHUA L. KAUL
Attorney General for Wisconsin

/s/ Bradley J. Motl
BRADLEY J. MOTL
Assistant Attorney General

Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-0505
motlbj@doj.state.wi.us

8

# CERTIFICATE OF SERVICE

I certify that on April 2, 2025, this motion was served on all parties via this Court's CM/ECF system.

/s/ Ashwin P. Phatak
ASHWIN P. PHATAK
Principal Deputy Solicitor General
Office of the Solicitor General
Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 805-7426
Ashwin.phatak@dc.gov

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because the brief contains 353 words, excluding exempted parts. This brief complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

I also certify pursuant to Eighth Circuit Rule 28A(h)(2) that this motion has been scanned for viruses and is virus free.

/s/ Ashwin P. Phatak
ASHWIN P. PHATAK
Principal Deputy Solicitor General
Office of the Solicitor General
Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 805-7426
ashwin.phatak@dc.gov
