No. 24-1685 and all consolidated cases: Nos. 24-1522, 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1634, and 24-2173

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NATIONAL LEGAL AND POLICY CENTER
and
OIL AND GAS WORKERS ASSOCIATION,

*Petitioners,*

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

MOTION TO WITHDRAW AS COUNSEL

| | |
|---|---|
| Jeffrey M. Schwab | James Baehr |
| James McQuaid | Sarah Harbison |
| LIBERTY JUSTICE CENTER | PELICAN INSTITUTE FOR PUBLIC POLICY |
| 7500 Rialto Blvd. | 400 Poydras Street, Suite 900 |
| Suite 1-250 | New Orleans, Louisiana 70130 |
| Austin, Texas 78735 | 504-475-8704 |
| 512-481-4400 | james@pelicaninstitute.org |
| jschwab@ljc.org | sarah@pelicaninstitute.org |
| jmcquaid@ljc.org | |

*Counsel for Petitioners*

Please take notice that James Baehr will be departing from the Pelican Institute for Public Policy for other professional opportunities and hereby moves to withdraw his appearance as counsel for Petitioners National Legal and Policy Center and Oil and Gas Workers Association in the above-captioned matter. Petitioners will continue to be represented by Jeffrey Schwab and James McQuaid of the Liberty Justice Center and Sarah Harbison of the Pelican Institute for Public Policy; no party will be prejudiced and no deadlines will be affected.

Dated: October 8, 2025

Respectfully submitted,

/s/ James Baehr
James Baehr
Counsel for Petitioners

Filed by:
/s/ Jeffrey M. Schwab
Jeffrey M. Schwab
Liberty Justice Center

# CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 84 words, excluding the parts exempted by Rule 27(a)(2)(B) and Rule 32(f), as counted by the word-count function in Microsoft Word. It complies with Rule 27(d)(1)(E) and Rule 32(a)(5)–(6) because it was prepared in a proportionally spaced typeface in 14-point font.

/s/ Jeffrey M. Schwab
Jeffrey Schwab
Counsel for Petitioners

October 9, 2025

# EIGHTH CIRCUIT RULE 28A(h)(2) CERTIFICATION

I certify that this file has been scanned for viruses and is virus-free.

/s/ Jeffrey M. Schwab  
Jeffrey Schwab  
Counsel for Petitioners

October 9, 2025

# CERTIFICATE OF SERVICE

I certify that on October 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system, which will serve all registered counsel.

*s/ James Baehr*
James Baehr
Counsel for Petitioners
